# COLLECTIVE EXHIBIT A

## IN THE CIRCUIT COURT OF BRADLEY COUNTY, TENNESSEE

SAVANNAH KAY RICHERT )
)
Plaintiff, ) NO. V-16-765
)
v. )
)
)
DURACELL and ) JURY DEMAND
GLOBAL PERSONNEL SOLUTIONS )
)
Defendant. )

## COMPLAINT

Comes now the Plaintiff, SAVANNAH KAY RICHERT, by and through her undersigned counsel, and for her Complaint against the Defendants, DURACELL MANUFACTURING, INC. and GLOBAL PERSONNEL SOLUTIONS, INC. would show unto this Honorable Court as follows:

### I. Jurisdiction

1. This is an action for sexual harassment authorized and instituted pursuant to the Tennessee Human Rights Act, *Tenn. Code Ann.* §4-21-101 *et seq.* providing for remedies against discrimination in employment. Plaintiff also asserts a cause of action for intentional infliction of emotional distress, negligent infliction of emotional distress, and outrageous conduct.

2. This is a proceeding for damages for mental anguish, humiliation and embarrassment, attorney fees, and for such additional damages as may be necessary to effectuate the purposes of the Tennessee Human Rights Act. The plaintiff also seeks compensatory and punitive damages against defendant for intentional infliction of emotional distress, negligent infliction of emotional distress, and outrageous conduct.

## II. The Parties

3. Plaintiff, SAVANNAH KAY RICHERT, is a twenty (20) year old woman, who is a resident of Bradley County, Tennessee and previously employed by the Defendant, GLOBAL PERSONNEL SOLUTIONS, INC. in Bradley County, Tennessee in the capacity of a temporary worker at a location with DURACELL MANUFACTURING, INC. in Bradley County, Tennessee.

4. Defendant, GLOBAL PERSONEL SOLUTIONS, INC., is a foreign corporation doing business in Tennessee by providing staffing solutions for local business with a location at 3312 Keith Street in Cleveland, Tennessee 37312. Defendant, GLOBAL PERSONNEL SOLUTIONS, INC. may be served through its Registered Agent, Shelia Walker at 1143 Laney Walker Blvd., Augusta, GA 30901. The scope of Defendant's business is sufficient to classify Defendant as an employer within the meaning of *Tenn. Code Ann.* §4-21-102(6)

2

and to make Defendant subject to the provisions of the Tennessee Human Rights Act.

5. Defendant, DURACELL MANUFACTURING, INC., is a foreign corporation doing business in the State of Tennessee with a factory location at 501 Mouse Creek Road, NW Cleveland, TN 37312. Defendant, DURACELL MANUFACTURING, INC., may be served through its Registered Agent, CT Corporation System, Ste 2021 at 800 S. Gay Street, Knoxville, TN 37929-9710. Defendant obtained staffing services from Defendant, GLOBAL PERSONNEL, SOLUTIONS, INC.

### III. Factual Basis of Action

6. The Plaintiff was employed with Defendant, GLOBAL PERSONNEL SOLUTIONS, INC., at Defendant, DURACELL MANUFACTURING, INC.'s plant located in Cleveland, Tennessee as a line worker.

7. Plaintiff maintained an excellent work record with the Defendant, GLOBAL PERSONNEL SOLUTIONS, INC.

8. Throughout her employment with GLOBAL PERSONNEL SOLUTIONS, INC., from December 2015 until March 2016, the Plaintiff was repeatedly subjected to sexually inappropriate advances by Randy Butcher, an employee of Defendant, DURACELL MANUFACTURING, INC.

3

9. Upon information and belief, employees of the Defendant, DURACELL MANUFACTURING, INC., were aware of prior incidences of inappropriate conduct committed by employee, Randy Butcher.

10. Throughout the first part of 2016, the Plaintiff was subjected to sexually inappropriate words and made to feel generally unsafe in her work environment. These incidents were witnessed by numerous employees.

11. After the Plaintiff reported the harassment to Defendant, DURACELL MANUFACTURING, INC., employee, Randy Butcher, went on vacation for one (1) week and returned to work the line within physical proximity to Plaintiff.

12. While Randy Butler was on vacation, employees of Defendant, DURACELL MANUFACTURING, INC. and GLOBAL PERSONNEL SOLUTIONS, INC. investigated and confirmed the substance of the reports of harassment made by the Plaintiff.

13. After confirming the Plaintiff's report of harassing conduct, Defendant, GLOBAL PERSONNEL SOLUTIONS, INC., reassigned the Plaintiff to an environment Plaintiff previously asked to be transferred from due to a high noise level.

14. After confirming the Plaintiff's report of harassing conduct, Defendant, DURACELL MANUFACTURING, INC., in conjunction

4

with the Defendant, GLOBAL PERSONNEL SOLUTIONS, INC., chose to reassign the Plaintiff rather than remove the source of harassment.

### IV. Plaintiff's Claims

15. Defendants treatment of Plaintiff as aforesaid constitutes extreme and outrageous behavior.

16. Defendants treatment of Plaintiff as aforesaid constitutes negligent infliction of emotional distress.

17. The Defendants' wrongful actions created a hostile work environment for Plaintiff.

18. As a result of Defendant's failure to protect the Plaintiff, she has been damaged financially, physically and emotionally. In particular, Plaintiff has lost and will continue to lose the salary, retirement benefits, opportunities for advancement, and various other employee benefits attendant to her employment with the Defendant which she would have earned had Defendants not discriminated against her. In addition to the actual and financial losses that the Plaintiff has sustained, she has suffered severe mental anguish, humiliation and embarrassment. Because of these and other unlawful actions, the Plaintiff is also entitled to an award of punitive damages.

5

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays:

(1) That process be issued and served upon the Defendant, GLOBAL PERSONEL SOLUTIONS, INC., requiring it to appear and answer within the time prescribed by law;

(2) That process be issued and served upon the Defendant, DURACELL MANUFACTURING, INC., requiring it to appear and answer within the time prescribed by law;

(3) That upon the hearing of this cause, Plaintiff be awarded a judgment for damages for loss of wages and the value of all employment benefits lost, including retirement benefits, as a result of the discrimination;

(4) That Plaintiff be awarded front pay;

(5) That Plaintiff be awarded additional compensatory damages for mental anguish, humiliation, embarrassment and emotional distress in an amount not less than one million ($1,000,000) dollars;

(6) That Plaintiff be awarded punitive damages in an amount not less than one million ($1,000,000) dollars;

(7) That Plaintiff be awarded her reasonable attorney's fees and the costs of this action;

(8) That the Plaintiff be granted such other and further damages and relief as the Court deems proper and just;

(9) A TRIAL BY JURY IS HEREBY DEMANDED.

Respectfully submitted,
SAVANNAH KAY RICHERT, Plaintiff
By her attorneys,

CHANCEY, KANAVOS, LOVE & PAINTER

BY: _____
H. Franklin Chancey
Attorney for Plaintiff
P.O. Box 42
Cleveland, TN 37364-0042
(423) 479-9186

## COST BOND

CHANCEY, KANAVOS, LOVE & PAINTER is surety for the costs of this cause taxed against the Plaintiff, in the event the Plaintiff does not pay, in an amount not to exceed One Thousand and No/100 ($1000.00) Dollars.

Savannah Kay Richert, Plaintiff

BY: _____
H. FRANKLIN CHANCEY
CHANCEY, KANAVOS, LOVE & PAINTER

7

STATE OF TENNESSEE  )
COUNTY OF BRADLEY  )

      I, **SAVANNAH KAY RICHERT**, after first being duly sworn according to law, make oath and state that the facts contained in the foregoing Complaint are true to the best of my knowledge, information and belief and that my Complaint is not made out of levity or by collusion with any party to this action, but in sincerity and truth for the causes mentioned herein.

_____
**SAVANNAH KAY RICHERT**

Sworn to and subscribed before me this 4 day of Nov, 2016.

_____
NOTARY PUBLIC for the state of Tennessee

My Commission Expires: July 23 2018

(Seal: Heather M Wilson, State of Tennessee Notary Public, Bradley County)

# IN THE CIRCUIT COURT OF BRADLEY COUNTY, TENNESSEE

SAVANNAH KAY RICHERT )
)
    Plaintiff, ) NO. V-16-765
)
v. )
)
)
DURACELL and. ) JURY DEMAND
GLOBAL PERSONNEL SOLUTIONS )
)
    Defendant. )

## AFFIDAVIT OF SERVICE

Comes now the below signed Affiant, and states as follows:

1. On the 5th day of December, 2016, I mailed a copy of the Summons and Complaint to which the Summons was attached to the Defendant, DURACELL MANUFACTURING, INC., through their Registered Agent for service, CT Corporation System via certified return receipt requested with sufficient postage to the address being, 800 S. Gay Street, Suite 2021, Knoxville, TN 37929-9710.

2. The certified return receipt and Summons are attached hereto.

FUTHER AFFIANT SAITH NOT.

Witness my hand this 9th day of December, 2016.

                                          _Jeannie Pittman_
                                        JEANNIE PITTMAN, AFFIANT
                                        ADDRESS:   121 Broad Street
                                                           Cleveland, TN 37311

Sworn to and subscribed before me this 9th day of December, 2016.

_Heather M Wilson_
NOTARY PUBLIC FOR THE STATE OF TENNESSEE
My Commission Expires: July 23, 2018

# STATE OF TENNESSEE
# THE CIRCUIT COURT OF BRADLEY COUNTY, TENNESSEE

## SUMMONS

CIVIL ACTION NUMBER: 1-16-765

SAVANNAH KAY RICHERT )  VS.  DURACELL )
_____ )         C/O RA, CT CORPORATION SYSTEM )
_____ )         800 S GAY STREET, STE. 2021 )
         Plaintiff (s)                    Knoxville, TN 37929-9710
                                                    Defendant (s)

To the above-named defendant(s): DURACELL MANUFACTURING, INC.

You are hereby summoned and required to serve upon H. Franklin Chancey, plaintiff's attorney, whose address is PO Box 42, Cleveland, TN 37364, a written answer to the complaint herewith served upon you within 30 days after service of this summons and complaint upon you, exclusive of the day of service. The same answer must be filed with the court. If you fail to do so, judgment by default can be taken against you for the relief demanded in the complaint.

Issued and tested this 9th day of November, 2016.

_____ Gayla H. Miller                    _____ K. Bastin
         Clerk                                                                     Deputy Clerk

## RETURN

received this summons on the _____ day of _____, 20 ___.

[ ] served this summons and a complaint on defendant _____ in the following manner:

_____
_____
_____

[ ] failed to serve this summons within 30 days after its issuance because: _____

_____
_____

Process Server _____

## NOTICE

TO THE DEFENDANTS:

Tennessee law provides a ten thousand dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the council of a lawyer.

CIRCUIT-SUMMONS (3/02)

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Duracell
c/o RA CT Corporation System
800 S. Gay Street, Ste. 2021
Knoxville, TN 37929-9710

9590 9401 0066 5168 7716 37

2. Article Number (Transfer from service label)

7015 1520 0000 5793 0746

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery    $

Postmark Here
DEC -5 2016

Postage
$
Total Postage and Fees
$

Sent To  CT Corp System
Street and Apt. No., or PO Box No.  800 S. Gay St.
City, State, ZIP+4®  Knoxville, TN 37929

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 1520 0000 5793 0746