# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| SAVANNAH KAY RICHERT, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) NO. 1:17-CV-3 |
| | ) REEVES/LEE |
| GLOBAL PERSONNEL | ) |
| SOLUTIONS, INC., | ) |
| | ) |
| *Defendant*. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that Defendant's motion for summary judgment [D. 38] is **GRANTED**. This suit is hereby **DISMISSED with prejudice.**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**